IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                                                          CHAPTER 13 NO.:

ALFRINO BROWN                                                                                       14 – 02022- NPO

**TRUSTEE'S NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Bankruptcy Rule 3002.1(F), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full.

**Name of Creditor:**   US BANK NATIONAL ASSOC      **Court Claim No.**  10

Last four digits of any number used to identify the debtor's account   4853

**FINAL CURE AMOUNT:**
**AMOUNT OF PREPETITION ARREARS: $**              4,142.62
**AMOUNT PAID BY TRUSTEE: $**                     4,142.62

**MONTHLY ON-GOING MORTGAGE PAYMENT:**
**CONTINUING POST PETITION BEING PAID AS OF**  JUNE 2019            **: $** 42,503.01
**DATE OF LAST PAYMENT TO BE MADE ON:**           JUNE 28, 2019
**POST-PETITION CURRENT THROUGH:**    JUNE 2019
**DEBTOR TO BEGIN MAKING PAYMENT DIRECTLY ON:** JULY 2019       **in amount of** $720.39

WITHIN 21 DAYS OF SERVICE OF THIS NOTICE, the creditor must file and serve same on the debtor, debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with §1322(b)(5), the Debtor is otherwise current on all payments or be subject to further action of the Court including possible sanctions.

Dated: May      29    , 2019

                                                                /s/Harold J. Barkley, Jr.
                                                            HAROLD J. BARKLEY, JR. – MSB #2008
                                                            CHAPTER 13 TRUSTEE
                                                            POST OFFICE BOX 4476
                                                            JACKSON, MS 39296-4476
                                                            PHONE:  601/362-6161
                                                            FAX:  601/362-8826
                                                            E-MAIL:  HJB@HBARKLEY13.COM

## C E R T I F I C A T E

      I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the above Notice of Final Cure Payment to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U S Trustee
ustpregion05.ja.ecf@usdoj.gov

Hon. Robert Rex McRaney Jr
mcraneymcraney@bellsouth.net

Alfrino Brown
PO Box 10061
Jackson, MS  39286

**CREDITOR NOTICE AND PAYMENT ADDRESS:**

US Bank National Assoc
323 5th Street
Eureka, CA  95501


Dated:  May    29   , 2019

                                                /s/Harold J. Barkley, Jr.
                                                HAROLD J. BARKLEY, JR.